UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DUNG TIEN LE,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, et al.,<br><br>Respondents. | Case No. 5:26-cv-02842-JFW (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs in part with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting the Petition and declaring that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's Order of Supervision and subsequent re-detention violated the Due Process Clause of the Fifth Amendment and federal law; ordering Petitioner

Dung Tien Le's (A# 025-140-574) immediate release from custody and reinstating his previous conditions of supervision, and the return of all property confiscated from him during his arrest and processing into detention; and ordering Respondent to file a status report within two (2) business days to confirm that Petitioner was released from custody. In the event the government seeks to re-detain Petitioner, it must provide him with the requisite due process and comply with all applicable legal authority.

DATED: July 17, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE