JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DUNG TIEN LE,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, et al.,<br><br>Respondents. | Case No. 5:26-cv-02842-JFW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's Order of Supervision and subsequent redetention violated the Due Process Clause of the Fifth Amendment and federal law. The Petition is granted, and a writ of habeas corpus shall be issued ordering Respondents to immediately release Petitioner Dung Tien Le (A# 025-140-574) from custody, subject to the same conditions (if any) that he was subject to at the time he was arrested and detained. Respondent shall file a

status report within two (2) business days to confirm that Petitioner was released from custody. In the event the government seeks to re-detain Petitioner, it must provide him with the requisite due process and comply with all applicable legal authority.

DATED: July 17, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE